IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:18-cv-00647 |
| ) | |
| 4.72 ACRES OF LAND, OWNED BY ) | By: Elizabeth K. Dillon |
| FRED W. VEST, ) | United States District Judge |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION AND ORDER**

Defendant, who owns the land that is the subject of this case, has moved for a jury view (Dkt. No. 46) in this condemnation action under the Natural Gas Act, 15 U.S.C. § 717 *et seq.*, involving the acquisition of permanent and/or temporary easements by Mountain Valley Pipeline (MVP). MVP does not object. (Dkt. No. 48.) While a jury view is not required by law, the court agrees that an in-person jury view is helpful, where practicable, because the jury is to determine the just compensation for the taking.

Thus, the court GRANTS the motion for a jury view (Dkt. No. 46) subject to the conditions during the trial dates regarding logistics (including, but not limited to, access to the property, weather, and transportation), security (including, but not limited to, the health and safety of the jurors, parties, counsel, and court personnel), and time constraints. Should the court determine that an in-person jury view is not practicable at the time of trial, then the parties will have the opportunity to use photographs, or pre-recorded or live video.

Entered: March 29, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge